FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2022 AUG 26  P 2:32

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DEPUTY CLERK

dave bragg
_____     )
[Enter above the full name of        )
the plaintiff in this action]        )
                                     )
                                     )
v.                                   )     Docket no.
                                     )
Ion Shalit                           )
_____      )
Dave Andrews                         )
_____      )
                                     )
_____      )
[Enter above the full name of        )
the defendant(s) in this action]     )

I.  Previous Lawsuits

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes [  ]   No [✓]

    B.  If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

        1. Parties to this previous lawsuit

            Plaintiff(s)    _____

            Defendant(s)    _____
                            _____

        2. Court [If federal court, name the district; if state court, name the county]
                            _____

        3. Docket number    _____

        4. Name of judge whom case was assigned _____

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] _____

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome_____

II. Place of present confinement  SCJ  Scowhegan County Jail

   A. Is there a prisoner grievance procedure in this institution?
      Yes [✓]    No [ ]

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [✓]   No [ ]

   C. If your answer is "Yes"

      1. What steps did you take?  I filed a level 1 and a level 2 grievance

      2. What was the result?  They told me to find my own priest and have them come in wich is impossible

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

   A. Name of Plaintiff  ~~David~~ Dave Bragg
      Address  131 east Madison Rd Madison, ME 04950

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

   B. Name of Defendant  Dave Andrews
      Position  LT  Programs
      Address  131 east madison Rd Madison, ME 04950
   C. Additional Defendant(s)  Ion Shalit

Captian
131 east Madison Rd
Madison, ME 04950

IV. **Statement of Claim**

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

Capt Shalit answers our grievances and makes alot of the decisions in the Jail. Luitenant Andrews is program director and he is in charge of programs and getting religous services to us. These men are in charge of Religous Services wich Ive yet to Recieve since Ive Been here

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

I am asking for $4,000.00 and I am asking for INJunctive Relief as for them to fix our Religous programing so were not sitting in pergatory. The $4000 Im asking is about $100 per service Ive missed every Sunday since Ive Been here

_____
Signature of Plaintiff

Signed this  16  day of  August , 20 22 .

I declare under penalty of perjury that the foregoing is true and correct.

8·16·22
Date

_____
Signature of Plaintiff