**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| DAVE BRAGG, | ) |
|           Plaintiff, | ) |
| v. | ) Docket no. 1:22-cv-00267-GZS |
| ION SHALIT, et al., | ) |
|           Defendants. | ) |

**ORDER ADOPTING RECOMMENDED DECISION**

On October 24, 2022, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 5). No objections have been filed, nor has Plaintiff taken any steps to comply with or respond to any of the Court's prior orders. The Court has made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order.

It is therefore **ORDERED** that:

1. This Recommended Decision is hereby **ADOPTED**.
2. The Complaint is hereby **DISMISSED** for failure to prosecute as well as failure to comply with the Court's orders.

SO ORDERED.

                                                            /s/ George Z. Singal
                                                            United States District Judge

Dated this 21st day of November, 2022.